## 48464. COLLETT v. THE STATE.

PER CURIAM.

The Supreme Court on certiorari, *State v. Collett,* 232 Ga. 668 (208 SE2d 472), having reversed the judgment of this court in *Collett v. State,* 131 Ga. App. 411 (206 SE2d 70), the judgment of this court is vacated and set aside. In accordance with the opinion of the Supreme Court, the judgment of the Superior Court of Cobb County is affirmed.

*Judgment affirmed. Bell, C. J., Eberhardt, P. J., Pannell, P. J., Deen, Quillian, Clark, Stolz and Webb, JJ., concur. Evans, J., concurs specially.*

DECIDED NOVEMBER 13, 1974.

*Al Horn,* for appellant.
*George W. Darden, District Attorney, Ralph Kearns, Assistant District Attorney,* for appellee.

EVANS, Judge, concurring specially.

With much enthusiasm I hail and concur in the decision by the Supreme Court in this case, which reverses the majority of the Court of Appeals, and affirms the Superior Court of Cobb County. When the case first came to this court, I wrote a lengthy dissenting opinion, and argued optimistically in favor of same when we met en banc, but with no success whatever. But, as Shakespeare says: "All's well that ends well."